BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2775
Facsimile:   (916) 554-2900
email: bobbie.montoya@usdoj.gov

Attorneys for Petitioner United States of America

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Petitioner,<br><br>      v.<br><br>JAMES W. WITT,<br><br>      Respondent. | **VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**<br><br>**Taxpayer:  JAMES W. WITT** |

   Petitioner, the UNITED STATES OF AMERICA, by its attorney, BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, alleges:

   1.  Subject matter jurisdiction of this proceeding is given by 28 U.S.C. Sections 1340 (actions under the internal revenue laws) and 1345 (proceedings by the United States).  Under Internal Revenue Code (I.R.C.) Sections 7402(b) and 7604(a), the United States Attorney has been authorized to bring this proceeding for judicial enforcement of Internal Revenue Service summonses.

   2.  By personal knowledge and knowledge of applicable procedures, EVAN D. MOSES is a duly commissioned Revenue Officer employed in the Small Business/Self-Employed Division, California Area, Internal Revenue Service.  He is authorized to issue an Internal Revenue Service summons under I.R.C. 7602 (26 U.S.C.), Treasury Regulation Section 301.7602-1, 26 C.F.R. Section 301.7602-1, and Internal Revenue Service Delegation Order No. 4 (as revised).

////

3. By knowledge of the investigation, the respondent, JAMES W. WITT, resides at 1343 N. 10th Avenue, Hanford, California 93230, within the jurisdiction of this Court.

4. By personal knowledge, petitioning Revenue Officer EVAN D. MOSES is conducting an investigation of the respondent, JAMES W. WITT, to secure information needed to collect assessed federal income taxes (Form 1040) for tax years ending December 31, 1997, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007, and December 31, 2008.

5. On information and belief, the respondent, JAMES W. WITT, is in possession and control of testimony, books, records, papers, and other data that may shed light on the matters to be ascertained in the above-described investigation.

6. By personal knowledge, on July 29, 2014, Revenue Officer EVAN D. MOSES issued an Internal Revenue Service summons directing the respondent, JAMES W. WITT, to appear before the Revenue Officer on August 26, 2014, at the hour of 10:00 a.m., at 2525 Capitol Street, Suite 205, Fresno, California 93721, to testify and to produce for examination the books, records, papers and other data described in the summons.

7. By personal knowledge, on July 30, 2014, Revenue Officer EVAN D. MOSES left an attested copy of the summons at the last and usual place of abode of respondent JAMES W. WITT, by attaching the summons to the front door of his residence at 1343 N. 10th Avenue, Hanford, California 93230.

8. By personal knowledge and knowledge of the investigation, an accurate copy of the summons has been supplied for attachment hereto as Exhibit A to the petition.  This Exhibit is hereby adopted by reference.  By personal knowledge and knowledge of the investigation, said summons specifies that it applies to the collection of Form 1040 taxes for tax years ending December 31, 1997, December 31, 1998, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007, and December 31, 2008.  See Summons, Exhibit A, at p. 3.  However, the investigation at this time is limited to the tax years ending December 31, 1997, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007, and December 31, 2008; since issuance and service of the summons, investigation

for collection for tax years December 31, 1998, December 31, 2001, and December 31, 2002, has become moot.

9. By personal knowledge, respondent, JAMES W. WITT, did not appear on August 26, 2014.  Despite further efforts by IRS Counsel, compliance has not been received.

10. By personal knowledge, respondent's above-described failure to comply with the summons continues to date.

11. By knowledge of the investigation, the testimony, books, records, papers and other data currently sought by the summons are not already in possession of the Internal Revenue Service.

12. By personal knowledge and knowledge of the investigation, the testimony and the books, records, papers and other data currently sought by the summons are necessary for the investigation of JAMES W. WITT, to secure information needed to collect assessed federal income taxes (Form 1040) for tax years ending December 31, 1997, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007, and December 31, 2008.

13. By personal knowledge and knowledge of applicable procedures, all administrative steps required by the Internal Revenue Code of 1986 for the issuance of the summons have been taken.

WHEREFORE, petitioner respectfully prays:

1. That this Court enter an order directing respondent, JAMES W. WITT, to show cause, if any, why respondent should not comply with and obey the summons and each and every requirement thereof, limited to the tax years ending December 31, 1997, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007, and December 31, 2008, as discussed in paragraph 8, above;

2. That this Court enter an order directing respondent, JAMES W. WITT, to obey the aforementioned Internal Revenue Service summons and each and every requirement thereof, by ordering the respondent's attendance, testimony, and production of the books, records, papers and other data required and called for by the terms of the summons, limited to the tax years ending December 31, 1997, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007, and December 31, 2008, as discussed in paragraph 8, above, before Revenue Officer EVAN D. MOSES or any other proper officer or employee of the Internal Revenue Service;

3. That the United States recover its costs in maintaining this action; and

4. That this Court grants such other and further relief as is just and proper.

Respectfully submitted,

DATED: March 16, 2015

BENJAMIN B. WAGNER
United States Attorney

By: */s/  Bobbie J. Montoya*
BOBBIE J. MONTOYA
Assistant U.S. Attorney
Attorneys for Petitioner
United States of America



# Summons

## Collection Information Statement

**In the matter of** JAMES W WITT, 1343 N 10TH AVE, HANFORD, CA 93230
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* Small Business / Self Employed
**Periods:** See Attachment 1 to Summons Form 6637 for Period Information

### The Commissioner of Internal Revenue

**To:** JAMES W WITT
**At:** 1343 N 10TH AVE, HANFORD, CA 93230

You are hereby summoned and required to appear before EVAN D MOSES, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2014 To CURRENT

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

2525 CAPITOL STREET, SUITE 205, FRESNO CA 93721 (559) 443-7636

**Place and time for appearance:** At 2525 CAPITOL STREET, SUITE 205, FRESNO, CA 93721

**IRS**

on the 26th day of August, 2014 at 10:00 o'clock a.m.

Issued under authority of the Internal Revenue Code this 29th day of July, 2014

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 6637 (Rev.10-2010)
Catalog Number 25000Q

EVAN D MOSES
Signature of issuing officer

Signature of approving officer *(if applicable)*

REVENUE OFFICER
Title

REVENUE OFFICER
Title

**EXHIBIT "A" page 1 of 3**



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 7/30/2014

Time: 10:48 am

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

1343 N 10th Ave Hanford, CA 95230

Signature: [signature]

Title: REVENUE OFFICER

I certify that the copy of the summons served contained the required certification.

Signature: [signature]

Title: REVENUE OFFICER

Catalog No. 25000Q

Form **6637** (Rev. 10-2010)

**EXHIBIT "A" page 2 of 3**

Attachment 1 to Summons Form 6637

In the matter of **JAMES W WITT**

Period information: Form 1040 for the calendar periods ending December 31, 1997, December 31, 1998, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007 and December 31, 2008

**EXHIBIT "A" page 3 of 3**

**VERIFICATION BY REVENUE OFFICER EVAN D. MOSES**

Revenue Officer Evan D. Moses, pursuant to 28 U.S.C. § 1746(a), verifies as follows:

1. I am the investigating Revenue Officer in this case.

2. Regarding the numbered paragraphs in this petition except for paragraphs 1 and 2:

    a. If an allegation in those paragraphs is labeled "by personal knowledge," it is a matter that I know to be true from my own personal knowledge.

    b. If an allegation in those paragraphs is labeled "by knowledge of applicable procedures," it is a matter that I know to be true from my knowledge of Internal Revenue Service procedures.

    c. If an allegation in those paragraphs is labeled "by knowledge of the investigation," it is a matter of which I have been informed by oral or written communication within the investigation in suit, and it accords with my understanding of the facts of the case.

    d. If an allegation in that section is labeled "on information and belief," it is a matter of which I do not necessarily have personal knowledge, but it accords with my understanding of the facts of the case.

I verify under penalty of perjury that the foregoing is true and correct. Executed on March 13, 2015.

EVAN D. MOSES
Revenue Officer
Internal Revenue Service

VERIFICATION BY REVENUE OFFICER EVAN D. MOSES   1