# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cv-00418-LJO-SAB |
| Petitioner, | ORDER VACATING HEARING |
| v. | |
| JAMES W. WITT, | |
| Respondent. | |

On March 20, 2015, the Court set an order to show cause hearing regarding the enforcement of Petitioner United States of America's ("Petitioner") petition to enforce an IRS summons. (ECF No. 5.) The show cause hearing was set for June 10, 2015 at 10:00 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone.

On June 3, 2015, the Court issued a Findings and Recommendations finding that Petitioner's petition should be granted and that the matter was appropriate for decision on the record and briefs on file without oral argument. (ECF No. 8.)

/ / /

/ / /

/ / /

/ / /

/ / /

1

1    In light of the Court's Findings and Recommendations, it is HEREBY ORDERED that
2 the June 10, 2015 show cause hearing is VACATED. The parties shall not be required to appear
3 at that time.

IT IS SO ORDERED.

Dated: **June 5, 2015**

                                            UNITED STATES MAGISTRATE JUDGE