James Witt
1343 N. 10th Ave.
Hanford, CA 93230



FILED

JUN 24 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

United States District Court
Eastern District of California

UNITED STATES OF AMERICA" aka "Evan Moses, Bobbie Montoya"

    petitioner,

vs.

James Witt,

    alleged respondent

Civil docket #1:15-cv-00418-LJO-SAB

Objections to Stanley A. Boone's recommendations and request for evidentiary hearing

Now Comes James Witt, alleged defendant, by special appearance and under threat, duress and coercion, not submitting asserted jurisdiction over me, who hereby objects to Boone's recommendations on grounds that Boone failed to follow procedure, has allowed proceedings without evidence of jurisdiction and has taken the opinion of Moses who is admittedly unqualified and has denied confrontation.

Grounds are further set forth below. I am also requesting an evidentiary hearing where I can cross-examine Moses.

1. <u>Boone breached procedure</u>. The motion to dismiss was a challenge to Montoya's complaint. The proper procedure is to first address the motion, then if denied, file a formal opposition to the complaint.

Boone construed the motion as the opposition to allow Montoya to get away with not providing a single fact to support her argument there is jurisdiction over me. This is the primary reason the order to show cause hearing was vacated, so I could not confront Montoya and Moses.

It is an example of the disgraceful double-standard judges allow for their associates of the US attorney's office (Boone is a US attorney). I (and the rest of the plebs) would never be permitted to get to the merits of a complaint before jurisdiction was clearly established. Yet, Montoya is permitted to file a complaint with only conclusory statements, not any facts to support her arguments and Boone misconstrues the motion as an affirmative answer/opposition.

2. <u>Boone merely repeats Montoya's arguments</u>. Montoya, based on Moses who admittedly is not qualified to discuss the facts, if any, his arguments are based, argues the constitution and code apply to me because I'm physically in California. Boone throughout his recommendations merely restates this argument e.g., "Pursuant to U.S.C. § 7602, the IRS has authority..." assuming the constitution and code apply, that Montoya's argument is true.

There isn't a shred of evidence (facts) presented by Moses and Montoya to support the argument/opinion the constitution and code apply to me. This is why Boone doesn't quote from the declaration.

Boone makes the illogical claim I "[do] not dispute [my] residency." This is false as residency is a legal/political issue based on Montoya's argument the constitution and code apply to me because I am physically in California. Obviously I am challenging any argument I am a resident. Boone just *assumes* Montoya's argument that if I'm physically in California, then the constitution and code apply and I must be a resident. I've clearly raised an issue of fact that Boone ignored.

2. <u>No jurisdictional facts presented</u>. Boone is wrong when he claims there are jurisdictional facts in the declaration. The only facts are that I'm physically in California, the rest are legal arguments/conclusory statements made by Moses who is admittedly unqualified. Montoya's argument is *the constitution and code apply to me because I'm physically in California*. There are no facts supporting this argument. It's actually a non-sequitur.

Boone followed SOP by vacating the hearing as federal judges are notorious for denying confrontation. The denial of confrontation demonstrates a bias so heavily in favor of the IRS any a madman would think it's fair.

3. <u>Not a naked denial</u>. I didn't make a "naked denial" regarding jurisdiction, Boone is wrong. My position was based on the record and the 27 April 2015 phone call with Moses Boone has chosen to ignore. It is absolutely false I made a "naked denial."

4. <u>Violation of due process</u>. Boone misunderstands my position, or merely raises a straw man. I did not invoke the protection of the due process clause, I merely pointed out it was being violated by those who claim to be administering justice and due process.

If Boone is willing to do the right thing and agree there is no evidence the constitution and code apply, then any protections Boone claims I am invoking are irrelevant as the matter should be dismissed for a lack of evidence proving jurisdiction. It's actually perverse to coerce me to participate and then when I point out how unfair the situation is to try and use that against me.

5. <u>Moses's statements do establish he is unqualified</u>. Moses stated on 27 April 2015 he was unqualified and was actually lying when he said he would call back with his attorney. Had there been evidence, then he would have provided it, or at least had Montoya do so. Only bias explains why Boone ignores these facts.

Boone is so heavily biased in favor of the IRS he has denied confrontation and falsely claimed "Mr. Moses's actions do not establish that he lacks personal knowledge of the facts attested to in his declaration." Failure to provide any facts and admitting you are not qualified to discuss facts clearly establishes Moses is not a competent witness. It's *prima facie* evidence of perjury. Perjury that can be proven with a five-minute cross-examination. But Boone has blocked any confrontation.

This is just another logical fallacy as Moses did not just provide facts in his declaration, he provided legal opinions, such as issuing the subpoena for a "legitimate purpose under the law." Again, Moses has no evidence, even if he didn't make legal determinations, his actions (not being about to provide any facts, admitting he is unqualified, lying about calling back with his attorney) cloud his competency and credibility enough to require a cross-examination at the show cause hearing.

6. <u>No evidence of standing</u>. Even if Boone is correct that 26 USC § 7604 gives the IRS standing without having to show legal injury and damage (case), he is presuming Montoya's argument the constitution and code apply is true. And he is presuming this knowing he denied me confrontation of the witness against me.

26 USC § 7604 is completely irrelevant until there are jurisdictional facts presented, not argument and opinion from a witness who is admittedly unqualified.

7. <u>Frivolous mantra</u>. Boone, a former prosecutor, repeats the standard mantra of "frivolous." This dishonest tactic is usually taken to avoid any discussion of an issue the IRS cannot overcome. What is typical, is to ask an IRS agent for evidence supporting their argument the constitution and code apply and the IRS snaps back, "That's a frivolous argument!" Some, despite the fact you asked a question, not raise an argument, will dig their heels in and cite IRM 2010-17. This document has "frivolous arguments" and are all issues of law, not issues of fact.

That doesn't stop federal employees, who directly profit from property taken by the IRS, from mixing apples and oranges, as if issues of fact and issues of law are the same thing.

Motion to dismiss is incorporated herein by reference as if set forth herein completely.

## Conclusion

Based on the foregoing, the recommendations should be rejected. Any decision in favor of Montoya on the recommendations prior to a confrontation with Moses is a violation of due process.

I am requesting that a adversarial, evidentiary hearing be scheduled wherein I can cross-examine Moses.

Submitted this 22 day of June 2015

*James Witt*
James Witt

## Certificate of service

This is to certify that a true and correct copy of the foregoing has been mailed this 22 day of June 2015, to the plaintiff at the following address:

Bobbie Montoya
501 I Street, Suite 10-100
Sacramento, California 95814-2322

*James Witt*
James Witt