# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-cv-00418-LJO-SAB |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (ECF NO. 7, 8) |
| JAMES W. WITT, | |
| Respondent. | |

On June 3, 2015, the magistrate judge assigned to this action issued a Findings and Recommendations recommending that Plaintiff United States of America's ("Petitioner") petition to enforce IRS summons should be granted.  (ECF No. 8.)  The Findings and Recommendations contained notice that any objections were to be filed within twenty-one (21) days.  Respondent James W. Witt ("Respondent") filed objections on June 24, 2015.  (ECF No. 10.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Respondent argues that the magistrate judge "breached procedure" by construing Respondent's motion to dismiss as a brief in opposition to the petitioner to enforce the IRS summons.  This argument has no merit.  By construing Respondent's motion to dismiss as an opposition, the magistrate judge construed Respondent's filings in a light most favorable to Respondent.  Notably, on March 20, 2015, the Court ordered Respondent to file an opposition to the petition at least 10 days before the show cause hearing scheduled for June 10, 2015.  (See ECF No. 5.)  Respondent failed to file anything that could be construed as an opposition other than the motion to dismiss.  Accordingly, if the magistrate judge had not construed the motion to dismiss as an opposition, Respondent would have been in violation of the Court's March 20, 2015 order by failing to file a written opposition and the petition would have been deemed

1

1   unopposed.

2          Respondent also argues that United States Magistrate Judge Stanley A. Boone was biased

3   because Petitioner is represented by the United States Attorney's Office and "[Judge] Boone is a

4   US attorney."   Respondent's argument is factually incorrect, as Judge Boone is not a U.S.

5   Attorney.   While Judge Boone was formerly employed by the United States Attorney's Office,

6   he is only required to recuse himself from cases on which he actually participated.   28 U.S.C. §

7   455(b)(3); see also U.S. v. Champlin, 388 F. Supp. 2d 1177, 1181 (D. Haw. 2005) (judge who

8   was formerly an Assistant United States Attorney only disqualified from cases on which he or

9   she actually participated).   There is no indication that Judge Boone participated in the

10  prosecution of this action while he was at the United States Attorney's Office.

11         The remaining arguments raised in Respondent's opposition are frivolous and were

12  addressed in the Findings and Recommendations.   Petitioner's petition was supported by

13  adequate evidence—namely the Declaration of Evan D. Moses.   Respondent fails to demonstrate

14  an abuse of process of lack of institutional good faith.   See U.S. v. Dynavac, Inc., 6 F.3d 1407,

15  1414 (9th Cir. 1993).

16         Accordingly, it is HEREBY ORDERED that:

17         1.      The June 3, 2015 Findings and Recommendations are ADOPTED IN FULL;

18         2.      Respondent's motion to dismiss is DENIED (ECF No. 7);

19         3.      Petitioner's petition to enforce the IRS summons is GRANTED;

20         4.      Respondent Evan D. Moses is compelled to obey the IRS summons issued on July

21                 29, 2014; and

22         5.      The Clerk of the Court is directed to CLOSE this action.

23

24  IT IS SO ORDERED.

25  Dated:   __July 6, 2015__                     ___/s/ Lawrence J. O'Neill__
                                                  UNITED STATES DISTRICT JUDGE
26

27

28