# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>JAMES W. WITT,<br><br>Respondent. | Case No.  1:15-cv-00418-LJO-SAB<br><br>ORDER DENYING AMENDED (SECOND) REQUEST FOR RECONSIDERATION<br><br>(ECF NO. 17) |

On June 3, 2015, the magistrate judge assigned to this action issued Findings and Recommendations ("F&Rs") recommending that Plaintiff United States of America's ("Petitioner") petition to enforce an IRS summons be granted. (ECF No. 8.) The F&Rs contained notice that any objections were to be filed within twenty-one (21) days. Respondent James W. Witt ("Respondent") filed objections on June 24, 2015. (ECF No. 10.) On July 6, 2015, this Court issued an Order Adopting the F&Rs (ECF No. 11), followed on July 14, 2015 by an Amended Order Adopting the F&Rs (ECF No. 14).

On July 20, 2015, Respondent filed a request for reconsideration. (ECF No. 15). The request for reconsideration was denied on July 30, 2015, in part because the request merely restated arguments (*e.g.*, that the IRS has no jurisdiction to investigate Respondent) that were previously raised and rejected. (ECF No. 16, signed July 30, 2015, entered July 31, 2015.) On August 3, 2015, Respondent filed yet another motion for reconsideration, reiterating the same general arguments contained in both his objections and the first request for reconsideration. For the same reasons set forth in the July 30 Order, Respondent's second motion for reconsideration is DENIED.

Plaintiff is warned that he has no right to file frivolous motions and that doing so violates

Federal Rule of Civil Procedure 11, which applies equally to attorneys and pro se litigants alike. *Warren v. Guelker*, 29 F.3d 1386, 1390 (9th Cir. 1994). "[Rule 11] provides for the imposition of sanctions when a filing is frivolous, legally unreasonable, or without factual foundation, or is brought for an improper purpose." *Estate of Blue v. Cnty. of L.A.*, 120 F.3d 982, 985 (9th Cir. 1997).

IT IS SO ORDERED.

Dated:   **August 10, 2015**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE