# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES W. WITT,<br><br>　　　　Respondent. | Case No.  1:15-cv-00418-LJO-SAB<br><br>ORDER DENYING MOTION TO STAY PROCEEDINGS PENDING APPEAL<br><br>ECF NO. 20 |

On August 27, 2015, Respondent James W. Witt ("Respondent") filed a motion to stay the proceedings in this action pending resolution of Respondent's appeal. (ECF No. 20.) This is a subpoena compliance action filed by Petitioner United States of America to enforce an IRS summons. The Court granted the petition to enforce the IRS summons on July 6, 2015. (ECF No. 11.) Respondent appealed this Court's order granting the petition on August 27, 2015. (ECF No. 19.)

Respondent's motion fails to cite any statute or provision of law authorizing a stay of proceedings in these circumstances. While Federal Rule of Civil Procedure 62(d) authorizes an appellant to obtain a stay by supersedeas bond in circumstances involving an appeal of a monetary judgment, the Ninth Circuit has held that Rule 62(d) does not apply in subpoena enforcement proceedings. <u>N.L.R.B. v. Westphal</u>, 859 F.2d 818, 819 (9th Cir. 1988). Moreover, Respondent's one page motion does not set forth any facts warranting a stay.

Accordingly, IT IS HEREBY ORDERED that Respondent's motion to stay these proceedings pending the resolution of Respondent's appeal is DENIED.

IT IS SO ORDERED.

Dated: **September 1, 2015**          /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE