PHILLIP A. TALBERT
Acting United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2775
Facsimile:   (916) 554-2900
Email:  Bobbie.Montoya@usdoj.gov

Attorneys for Petitioner United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:15-cv-00418-LJO-SAB |
|---|---|
| Petitioner, | **PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL OF PETITION RE: TAX SUMMONS ENFORCEMENT** |
| v. | |
| JAMES W. WITT, | |
| Respondent. | Taxpayer: JAMES W. WITT |

TO THIS HONORABLE COURT:

Please take notice that Petitioner UNITED STATES OF AMERICA hereby voluntarily dismisses, without prejudice, pursuant to Fed. R. Civ. P. 41(a), the Petition Re: Tax Summons Enforcement in the above-referenced case, and requests that the case be closed.

Dated:  June 6, 2016                                     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　By:     */s/  Bobbie J. Montoya*
　　　　　　　　　　　　　　　　　　　　　　BOBBIE J. MONTOYA
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Petitioner
　　　　　　　　　　　　　　　　　　　　　　United States of America