# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Petitioner,<br><br>   v.<br><br>JAMES W. WITT,<br><br>               Respondent. | 1:15-cv-00418-LJO-SAB<br><br>**ORDER TO DISMISS AND CLOSE CASE** |

     Based on Petitioner's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), Dkt. 35, the Court DIMISSES without prejudice the Petition Re: Tax Summons Enforcement in the above-referenced case. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

    Dated:   **June 6, 2016**                 /s/ Lawrence J. O'Neill
                                                                    UNITED STATES CHIEF DISTRICT JUDGE