UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **FILED** | |
| APR 21 2017 | |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS | |

UNITED STATES OF AMERICA,

              Petitioner - Appellee,

  v.

JAMES W. WITT,

              Respondent - Appellant.

No. 15-16721

D.C. No. 1:15-cv-00418-LJO-SAB
U.S. District Court for Eastern
California, Fresno

**MANDATE**

The judgment of this Court, entered February 27, 2017, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $44.52.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Synitha Walker
Deputy Clerk
Ninth Circuit Rule 27-7